THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* EDWARD H. KELLY, Appellant.

Argued June 2, 1952; decided July 15, 1952.

*Whitman Knapp, Howard C. St. John* and *Jack B. Weinstein* for appellant.

*Louis G. Bruhn, District Attorney (James J. Abernethy* and *Vincent G. Connelly* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, DYE, FULD and FROESSEL, JJ. Not sitting: CONWAY, J. [See 304 N. Y. 760, 798.]